UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JONATHAN RUFFIN,

          Plaintiff,

v.

PIERCE COUNTY COUNCIL, *et al.*

          Defendants.

Case No. C23-6044-KKE-MLP

REPORT AND RECOMMENDATION

Plaintiff Jonathan Ruffin is currently confined at the Pierce County Jail ("the Jail") in Tacoma, Washington. On November 13, 2023, Plaintiff submitted to the Court for filing a proposed civil rights complaint under 42 U.S.C. § 1983 in which he alleged violations of his constitutional rights relating to plumbing and sewer conditions in various housing units at the Jail. (*See* dkt. # 1-1.) Plaintiff identified the following Defendants in his proposed complaint: the Pierce County Council; Naphcare, the medical provider for the Jail; Patti Jackson, Pierce County Chief of Corrections; and Pierce County Corrections Officers Desmond and Smith. (*See id*. at 3, 12.) Plaintiff requested declaratory and injunctive relief, and damages. (*See id*. at 13-14.)

After reviewing Plaintiff's proposed complaint, and his prior litigation activities in this Court, the undersigned determined that the claims asserted by Plaintiff in the instant action were

REPORT AND RECOMMENDATION
PAGE - 1

substantially similar to those asserted by Plaintiff in a separate pending action proceeding under cause number C23-5541-TSZ-SKV. Thus, on December 5, 2023, the undersigned issued an Order directing Plaintiff to show cause why the instant complaint and action should not be dismissed as duplicative of the action proceeding under C23-5541-TSZ-SKV. (Dkt. # 5.)

Plaintiff filed a response to the Order to Show Cause on December 18, 2023. (Dkt. # 8.) Plaintiff acknowledges that there are similarities between his two pending cases but notes that he has added defendants and claims to the complaint filed in this action that were not included in his original action, and that the claims asserted in the instant action are more detailed. (*See id*. at 1.) Plaintiff requests that the two pending actions proceed independently or, in the alternative, that the new defendants and claims identified in this action be added to the original action. (*Id*. at 1-2.) Plaintiff further requests that if neither of these alternative courses of action is acceptable, he be permitted to proceed with this action rather than his original action given the multiple additional defendants and more detailed claims set forth in this action. (*Id*. at 2.)

As noted in the Order to Show Cause, the interests of justice will be best served by requiring Plaintiff to pursue all claims relating to plumbing and sewage issues at the Jail in a single action. (*See* dkt. # 5 at 2.) A review of the record in cause number C23-5541-TSZ-SKV reveals that the complaint in that action has not yet been served on Defendants. Thus, nothing precludes Plaintiff from filing an amended complaint in that case which includes all claims he wishes to assert relating to plumbing and sewage issues at the Jail against all intended defendants. As Plaintiff will be permitted to pursue all viable § 1983 claims arising out of the sewage and plumbing issues at the Jail in cause number C23-5541-TSZ-SKV, this Court recommends that the instant action be DISMISSED as duplicative. This Court further

1  recommends that Plaintiff's recently filed motion for appointment of counsel (dkt. # 7) be

2  DENIED as moot. A proposed Order accompanies this Report and Recommendation.

3      Objections to this Report and Recommendation, if any, should be filed with the Clerk and

4  served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report

5  and Recommendation is signed. Failure to file objections within the specified time may affect

6  your right to appeal. Objections should be noted for consideration on the District Judge's

7  motions calendar for the third Friday after they are filed. Responses to objections may be filed

8  within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter

9  will be ready for consideration by the District Judge on **January 26, 2024**.

10      DATED this 2nd day of January, 2024.

                                       MICHELLE L. PETERSON
                                       United States Magistrate Judge