UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN DWAYNE RUFFIN,<br>　　　　　Plaintiff(s),<br>　v.<br>PIERCE COUNTY COUNCIL et al.,<br>　　　　　Defendant(s). | CASE NO. C23-6044-KKE<br><br>ORDER ON REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1) The Report and Recommendation is approved and adopted.  Dkt. No. 9.

(2) This action is DISMISSED as duplicative of cause number C23-5541-TSZ-SKV.

(3) Plaintiff's motion for appointment of counsel is DENIED as moot.  Dkt. No. 7.

(4) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 6th day of February, 2024.

Kymberly K. Evanson
United States District Judge

ORDER ON REPORT AND RECOMMENDATION - 1